IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MEDIMMUNE, LLC, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 13-80065 WHA<br><br>**ORDER SETTING HEARING ON MOTION TO QUASH** |

　　　YOU ARE NOTIFIED THAT the Court has scheduled a hearing on plaintiff's motion to quash on **APRIL 3 AT 11:30 A.M.** before the Honorable William Alsup. Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Counsel for plaintiffs shall *immediately* notify defendants of this hearing in addition to serving a copy of this order on defendants by electronic means.

　　　**IT IS SO ORDERED.**

Dated:   April 2, 2013.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE