IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOVARTIS VACCINES & DIAGNOSTICS, INC., et al.,

Plaintiffs,

v.

MEDIMMUNE, LLC, et al.,

Defendants.

No. C 13-80065 WHA

**ORDER DISMISSING ACTION**

The operative motion in this miscellaneous action has been withdrawn and there is no pending request for relief. Accordingly, the action is **DISMISSED**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE