United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEDIMMUNE, LLC, et al.,<br><br>    Defendants.<br>                                                              / | No. C 13-80065 WHA<br><br>**ORDER DISMISSING ACTION** |

The operative motion in this miscellaneous action has been withdrawn and there is no pending request for relief. Accordingly, the action is **DISMISSED**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE